

NUMBER 13-14-00233-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JERRY VESELY,                                                                 Appellant,

v.

ANTHONY EBY,                                                                  Appellee.

**On appeal from the County Court at Law No. 1
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Perkes and Longoria
Memorandum Opinion Per Curiam**

This matter is before the Court on a defective notice of appeal and appellant's failure to correct the defect. On April 23, 2014, April 28, 2014, and April 29, 2014, the Clerk's office of this Court advised appellant that the notice of appeal was not in compliance with Texas Rule of Appellate Procedure 25.1(d), (e) and requested correction

of this defect. On June 10, 2014, the Court again notified appellant that the notice of appeal was not in compliance with the appellate rules, requested correction of the defect within ten days, and advised appellant that the appeal would be dismissed if the defect was not corrected. *See* TEX. R. APP. P. 25.1(d),(e), R. 37.1, R. 42.3(b),(c). Appellant has failed to correct the defect or otherwise respond to the Court's notices.

On its own motion, with ten days' notice to the parties, an appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a requirement of the rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b),(c). Accordingly, we DISMISS the appeal for want of prosecution, failure to comply with a requirement of the appellate rules, and failure to comply with a notice from the Court. *See id.*



PER CURIAM

Delivered and filed the
24th day of July, 2014.